FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 26 AM 10: 24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RUSSELL JAY NEWELL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CASE NOS. CV516-032 |
| UNITED STATES OF AMERICA, | ) ) | CV518-003 CR513-009 |
| Respondent. | ) ) ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 70), to which no objections have been filed.[1] After careful consideration, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Government's Motion to Dismiss (Doc. 58) is **GRANTED**. Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence (Doc. 56), Motion to Amend (Doc. 62), and Motion to Appoint Counsel (Doc. 64) are **DENIED**. As a result, Petitioner's original (Doc. 56) and second (Doc. 63) 28 U.S.C. § 2255 petitions are **DISMISSED**. Finally, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request to proceed in

---

[1] For clarity and consistency with the Report and Recommendation, this Court cites only to Petitioner's criminal docket.

forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of April 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA